UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO L. GUTIERREZ-PILOTO,<br><br>Petitioner,<br><br>v.<br><br>THOMAS D. HOMAN, et al.,<br><br>Respondents. | No. 2:18-cv-1637 DB P<br><br><br><br>ORDER |

Petitioner is a detainee proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2241. He claims he is being indefinitely detained by ICE in violation of his substantive and procedural due process rights. Presently before the court is petitioner's motion to proceed in forma pauperis (ECF No. 2) and his motion to appoint counsel (ECF No. 3).

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

Examination of the affidavit accompanying petitioner's motion to proceed in forma pauperis reveals he is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

**MOTION TO APPOINT COUNSEL**

Petitioner has requested the appointment of counsel. (ECF No. 3.) In support of his motion he argues his confinement will prevent him from adequately investigating factual issues relevant to the petition, the legal issues are complex, an evidentiary hearing may be required, and

he is unable to adequately present relevant legal arguments.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted; and
2. Petitioner's motion for appointment of counsel (ECF No. 3) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: June 19, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Habeas/guti1637.IFP+110